


2

JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 13-25846-B-13J |
| ) | DC No.: JPJ-02 |
| ANTHONY AMMIRATO, ) | |
| ) | |
| ) | **ORDER DISMISSING CASE** |
| ) | **AFTER HEARING** |
| ) | |
| ) | |
| ) | DATE:     JUNE 25, 2013 |
| ) | TIME:     11:00 AM |
| **Debtor(s)** ) | COURTROOM: 32 |

    The hearing on TRUSTEE'S MOTION TO DISMISS was heard by the Honorable Thomas C. Holman at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing the motion was conditionally denied.

    The conditions being that the debtor 1) becomes completely current under the filed plan by June 27, 2013 at noon, 2) submits all missing documents to the trustee by June 27, 2013 at noon and 3) attends the rescheduled Section 341 hearing on July 18, 2013 at 1:30 pm.

    The debtor failed to meet said conditions.

RECEIVED
July 02, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004870534

IT IS THEREFORE ORDERED that Bankruptcy Case Number 13-25846-B-13J is hereby dismissed under Title 11 of the United States Code.

IT IS FURTHER ORDERED that any restraining orders heretofore entered in these proceedings be and hereby are vacated.

Dated: July 10, 2013

_____
Thomas C. Holman
United States Bankruptcy Judge