# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony Ammirato | **Case No :** | **13–25846 – B – 13J** |
| | | **Date :** | 7/16/13 |
| | | **Time :** | 09:32 |

**Matter :**  [19] – Objection to Confirmation of Plan by Jan P. Johnson [JPJ–1] Filed by Trustee Jan P. Johnson (nkrs)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

---

**APPEARANCES for :**
**Movant(s) :**
          Trustee – Jan P. Johnson
**Respondent(s) :**

---

Disposition After Oral Argument (formerly Tentative Ruling): The trustee's objections is governed by the procedures of LBR 9014–1(f)(2). Opposition may be presented at the hearing. Subject to such opposition, the court issues the following abbreviated ruling.

The trustee's objection is dismissed.

The objection is moot. By order entered July 11, 2013 (Dkt. 30), the court dismissed the bankruptcy case based on the debtor's failure to comply with the conditions set forth in the courts civil minutes entered on June 26, 2013.

The court will issue a minute order.